**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6565 W. Sunset Blvd., Ste. 410
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
NICOLE JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC,<br><br>    Defendant(s). | Case No.: 2:15-cv-00174-KJM-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff, NICOLE JONES ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses her claims *without* prejudice.

Date: May 11, 2015                **MARTIN & BONTRAGER, APC**

                                            By:*/s/ Nicholas J. Bontrager*
                                               Nicholas J. Bontrager
                                               Attorneys for Plaintiff